IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARL G. GILBERT II,

    Plaintiff,

v.

STATE OF DEPARTMENT OF
HEALTH SERVICES (SECRETARY),
DEBORAH MCCULLOCH, KAY MORSE,
ROBERT KNEEPHKENS, STEVE
SCHNIEDER, JEFFREY HRUSKA, MARK
SPEES, ROBERT GUNN, KEITH RAMSEY,
and JASON SMITH,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-466-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

/s/                                                   11/2/2015

Peter Oppeneer, Clerk of Court               Date